# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAKONDA JONES,<br><br>                    Plaintiff,<br><br>v.<br><br>CLYDE A. GEIMER and<br>AMERICA'S SERVICE LINE,<br><br>                    Defendants. | Case No.:<br><br>Judge<br><br>Magistrate |

## NOTICE OF REMOVAL

Defendants, Clyde A. Geimer and America's Service Line, LLC (incorrectly identified as "America's Service Line"), by and through their counsel, hereby submit their Notice of Removal, pursuant to 28 U.S.C. §§ 1441 and 1446, and in support of the removal of this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, state as follows:

1. This action was initiated by the plaintiff, Shakonda Jones, in the Circuit Court of Cook County, Illinois, and is currently pending in said Court as Civil Action No. 2020L000019.

2. This action was filed by the plaintiff on January 2, 2020. The defendant, Clyde A. Geimer, was served by a process server with a copy of the Summons and Complaint on January 9, 2020. The defendant, America's Service Line, LLC, was served by a process server through its registered agent with a copy

of the Summons and Complaint on January 9, 2020. Copies of the Summonses and Complaint are attached to this Notice as Exhibit A.

3. On January 14, 2020 and January 16, 2020, the plaintiff filed the affidavits of service of the Summons and Complaint upon the defendants, Clyde A. Geimer and America's Service Line, LLC. Copies of the affidavits of service with their accompanying Notices of Filing are attached to this Notice as Exhibits B and C.

4. Defendants have not been served with any process, pleadings or orders in this action, and no other process, pleadings or orders have been filed in this action other than the documents attached hereto as Exhibits A, B, and C.

5. This notice is timely filed pursuant to 28 U.S.C. § 1446(b)(3), in that thirty (30) days have not expired since January 9, 2020, the date on which the defendants, Clyde A. Geimer and America's Service Line, LLC, were each served with a copy of the Summons and Complaint.

6. The plaintiff, Shakonda Jones, is an adult citizen of Richton Park, Illinois. The defendant, Clyde A. Geimer, is an adult citizen of Fond du Lac, Wisconsin. The defendant, America's Service Line, LLC, is a Delaware limited liability company having its principal place of business in Green Bay, Wisconsin. Its sole member is American Foods Group, LLC, which is a Delaware limited liability company having its principal place of business in Green Bay, Wisconsin. American Foods Group, LLC's sole member is Rosen's Diversified, Inc., which is a

Minnesota corporation having its principal place of business in Bloomington, Minnesota.

7. Based upon the nature of the allegations in the Complaint, as well as a settlement demand received from the plaintiff, Shakonda Jones, the matter in controversy in this action exceeds the sum of $75,000, exclusive of interest and costs.

8. This court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between individuals and a limited liability company deemed citizens of different states.

WHEREFORE, defendants, Clyde A. Geimer and America's Service Line, LLC, respectfully request that this case be removed from the Cook County Circuit Court of Illinois to the United States District Court for the Northern District of Illinois.

Dated: January 29, 2020.

*s/Andrew R. Brehm*
Steven F. Stanaszak
WI Bar No. 1022255
Andrew R. Brehm
IL Bar No. 6320354
Attorneys for Defendants
SCOPELITIS GARVIN LIGHT HANSON & FEARY P.C.
330 East Kilbourn Avenue, Suite 827
Milwaukee, WI 53202
Telephone: (414) 219-8500
Fax: (414) 278-0618
E-Mail: sstanaszak@scopelitis.com
abrehm@scopelitis.com
