| 2120 – Served | 2121 – Served | |
|---|---|---|
| 2220 – Not Served | 2221 – Not Served | |
| 2320 – Served By Mail | 2321 – Served by Mail | FILED |
| 2420 – Served by Publication | 2421 – Served By Publication | 1/2/2020 8:57 AM |
| SUMMONS | ALIAS – SUMMONS | DOROTHY BROWN |
| | CCG N001-10M-1-07-05 ( | ~~CIRCUIT CLERK~~ |
| | | COOK COUNTY, IL |
| | | 2020L000019 |
| | | 7906391 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

SHAKONDA JONES,

    Plaintiff,

v.    No.: 2020L000019

CLYDE A. GEIMER and
AMERICA'S SERVICE LINE,

    Defendants.

## SUMMONS

To each Defendant: Clyde A. Geimer, 121 W. Follett Street, Fond Du Lac, WI 54935

    YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

    X  Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

| __ District 2 – Skokie | __ District 3 – Rolling Meadows | __ District 4 – Maywood |
|---|---|---|
| 5600 Old Orchard Road | 2121 Euclid | 1500 Maybrook Ave |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |
| __ District 5 – Bridgeview | __ District 6 – Markham | __ Child Support |
| 10220 S. 76th Avenue | 16501 S. Kedzie Pkwy. | 28 N. Clark St Rm 200 |
| Bridgeview, IL 60455 | Markham, IL 60426 | Chicago, IL 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

    This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

                                                        1/2/2020 8:57 AM DOROTHY BROWN
WITNESS, _____

Atty. No.: 39431
Name:    William J. Turner
Atty. For:   Plaintiff
Address:    33 N. LaSalle Street, #3200     Clerk of Court
City/State/Zip:   Chicago, IL 60602
Telephone:  (312) 346-8465       Date of Service: _____
Service by Facsimile Transmission will be accepted at: _____

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

EXHIBIT A

| 2120 – Served | 2121 – Served | |
|---|---|---|
| 2220 – Not Served | 2221 – Not Served | |
| 2320 – Served By Mail | 2321 – Served by Mail | FILED |
| 2420 – Served by Publication | 2421 – Served By Publication | 1/2/2020 8:57 AM |
| SUMMONS | ALIAS – SUMMONS | DOROTHY BROWN |
| | CCG N001-10M-1-07-05 ( | ~~CIRCUIT CLERK~~ |
| | | COOK COUNTY, IL |
| | | 2020L000019 |

FILED DATE: 1/2/2020 8:57 AM 2020L000019

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

SHAKONDA JONES, ) 7906391
)
Plaintiff, )
)
v. ) No.: 2020L000019
)
CLYDE A. GEIMER and )
AMERICA'S SERVICE LINE, )
)
Defendants. )

## SUMMONS

To each Defendant: CT Corporation System, Registered Agent for America's Service Line, 301 S. Bedford Street, Unit 1, Madison, WI 53703

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

X Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

| __ District 2 – Skokie | __ District 3 – Rolling Meadows | __ District 4 - Maywood |
|---|---|---|
| 5600 Old Orchard Road | 2121 Euclid | 1500 Maybrook Ave |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |
| __ District 5 – Bridgeview | __ District 6 – Markham | __ Child Support |
| 10220 S. 76th Avenue | 16501 S. Kedzie Pkwy. | 28 N. Clark St Rm 200 |
| Bridgeview, IL 60455 | Markham, IL 60426 | Chicago, IL 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

1/2/2020 8:57 AM DOROTHY BROWN
WITNESS, _____

Atty. No.: 39431
Name: William J. Turner
Atty. For: Plaintiff
Address: 33 N. LaSalle Street, #3200        Clerk of Court
City/State/Zip: Chicago, IL 60602
Telephone: (312) 346-8465                   Date of Service: _____
Service by Facsimile Transmission will be accepted at: _____

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FILED
1/2/2020 8:57 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L000019

7906391

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SHAKONDA JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 2020L000019 |
| ) | |
| CLYDE A. GEIMER and ) | |
| AMERICA'S SERVICE LINE, ) | |
| ) | |
| Defendants. ) | |

### COMPLAINT

### Count I

NOW COMES the Plaintiff, SHAKONDA JONES, by and through her attorneys, FRIEND, LEVINSON & TURNER, LTD., and for her Complaint against the Defendants, CLYDE A. GEIMER and AMERICA'S SERVICE LINE, states to this Honorable Court as follows:

1. That on or about the 20th day of March, 2018, Interstate 294 was a public highway running in a north-south direction in Lyons Township, County of Cook, State of Illinois.

2. That on or about the 20th day of March, 2018, the Plaintiff, SHAKONDA JONES, was operating a motor vehicle in a northbound direction on Interstate 294, in Lyons Township, County of Cook, State of Illinois.

3. That on or about the 20th day of March, 2018, the Defendant, CLYDE A. GEIMER, operated a motor vehicle owned by Defendant, AMERICA'S SERVICE LINE, in a northbound direction on Interstate 294, in Lyons Township, County of Cook, State of Illinois.

4. That it was then and there the duty of the Defendant, CLYDE A. GEIMER, to exercise ordinary care and caution for the safety of others lawfully thereabouts in the operation of his motor vehicle.

5. That not regarding his duty, Defendant, CLYDE A. GEIMER, was then and there guilty of one or more of the following acts and/or omissions in the operation of his motor vehicle:

   a. failed to have his motor vehicle under proper control;
   b. failed to maintain a proper and sufficient lookout for other vehicles upon the roadway;
   c. operated said motor vehicle at a speed which was greater than reasonable under the circumstances;
   d. failed to reduce his speed in order to avoid a collision.

6. That as a direct and proximate result of one or more of the foregoing acts of negligence on the part of the Defendant, CLYDE A. GEIMER, Plaintiff, SHAKONDA JONES, was seriously and permanently injured when the motor vehicle operated by Defendant, CLYDE A. GEIMER, and owned by Defendant, AMERICA'S SERVICE LINE, did collide and crash into the motor vehicle operated by the Plaintiff, SHAKONDA JONES.

7. That as a direct result of the misconduct of the said Defendant, CLYDE A. GEIMER, the Plaintiff was violently thrown in and about the vehicle in which she was the driver, causing her body to strike with great force and violence and she was directly injured thereby.

8. That as a direct and proximate result thereof, the Plaintiff, SHAKONDA JONES, was greatly injured, both internally and externally, and then and there did sustain severe and permanent injuries to her internal organs, and severe shock to her nervous system and mental faculties, and she thereby then and there became sick, sore, lame and disordered and so remained for a long space of time and such injuries still persist, and that during all of said time, the Plaintiff, SHAKONDA JONES, suffered great pain and anguish in body and mind and will in the

future so suffer and by reason of her injuries will be permanently hindered from attending to her affairs and duties, and she was compelled to and did expend large sums of money for her hospital and medical expenses, in endeavoring to cure herself of said injuries sustained.

WHEREFORE, the Plaintiff, SHAKONDA JONES, prays for judgment in her favor and against the Defendants, CLYDE A. GEIMER and AMERICA'S SERVICE LINE in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus cost of suit.

## Count II

NOW COMES the Plaintiff, SHAKONDA JONES, by and through her attorneys, FRIEND, LEVINSON & TURNER, LTD., pleading in the alternative, and for her Complaint against the Defendant, AMERICA'S SERVICE LINE, states to this Honorable Court as follows:

9. Plaintiff restates and realleges all allegations of Paragraphs 1 through 8 of Count I as if fully set forth herein.

10. That on or about the 20th day of March, 2018, the Defendant, AMERICA'S SERVICE LINE, owned and controlled a motor vehicle which they entrusted to Defendant, CLYDE A. GEIMER. At the time and place of the accident, Defendant, CLYDE A. GEIMER, was an agent and employee of Defendant, AMERICA'S SERVICE LINE, acting within the scope of his employment or agency.

11. That Defendant, AMERICA'S SERVICE LINE, entrusted the automobile to Defendant, CLYDE A. GEIMER, when they knew or should have known that he was incompetent, inexperienced and/or reckless in the use of the automobile.

12. That Defendant, AMERICA'S SERVICE LINE, permitted Defendant, CLYDE A. GEIMER, to use the automobile when they knew or should have known that he would use the automobile in a manner that would create an unreasonable risk of harm to others.

FILED DATE: 1/2/2020 8:57 AM 2020L000019

13. That as a direct and proximate result of one or more of the foregoing acts of negligence on the part of the Defendant, AMERICA'S SERVICE LINE, Plaintiff, SHAKONDA JONES, was seriously and permanently injured when the motor vehicle operated by Defendant, CLYDE A. GEIMER, and owned and controlled by Defendant, AMERICA'S SERVICE LINE, did collide and crash into the motor vehicle operated by the Plaintiff, SHAKONDA JONES.

14. That as a direct result of the misconduct of the said Defendant, CLYDE A. GEIMER, the Plaintiff was violently thrown in and about the vehicle in which she was the driver, causing her body to strike with great force and violence and she was directly injured thereby.

15. That as a direct and proximate result thereof, the Plaintiff, SHAKONDA JONES, was greatly injured, both internally and externally, and then and there did sustain severe and permanent injuries to her internal organs, and severe shock to her nervous system and mental faculties, and she thereby then and there became sick, sore, lame and disordered and so remained for a long space of time and such injuries still persist, and that during all of said time, the Plaintiff, SHAKONDA JONES, suffered great pain and anguish in body and mind and will in the future so suffer and by reason of her injuries will be permanently hindered from attending to her affairs and duties, and she was compelled to and did expend large sums of money for her hospital and medical expenses, in endeavoring to cure herself of said injuries sustained.

WHEREFORE, the Plaintiff, SHAKONDA JONES, prays for judgment in her favor and against the Defendant, AMERICA'S SERVICE LINE, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus cost of suit.

FILED DATE: 1/2/2020 8:57 AM   2020L000019

Respectfully Submitted by:

FRIEND, LEVINSON & TURNER, LTD.

By: WILLIAM J. TURNER

FRIEND, LEVINSON & TURNER, LTD.
33 N. LaSalle Street, Suite 3200
Chicago, IL 60602
(312) 346-8465
Fax: (312) 346-8469
Email: witurner@fltlaw.com
Attorney Code: 39431

## AFFIDAVIT OF DAMAGES PURSUANT TO

## SUPREME COURT RULE 222

The Plaintiff, SHAKONDA JONES, by and through her attorneys, FRIEND, LEVINSON & TURNER, LTD., hereby certify under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure that the Complaint in the above entitled action seeks money damages in excess of $50,000.00.

WILLIAM J. TURNER

**FRIEND, LEVINSON & TURNER, LTD.**
33 N. LaSalle Street, Suite 3200
Chicago, IL 60602
(312) 346-8465
Fax: (312) 346-8469
Email: wjturner@fltlaw.com
Attorney Code: 39431

